ALANA W. ROBINSON
Acting United States Attorney
JONATHAN I. SHAPIRO
Assistant United States Attorney
California State Bar No. 268954
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-8225
Email: Jonathan.Shapiro@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE INVESTIGATION OF RONNIE MONTGOMERY, ET AL. | Miscellaneous Case Nos.: 15mc1444; 16mc0227; 16mc0228; 16mc0252; 16mc0363<br>Magistrate Case Nos.: 16mj0618; 16mj0619; 16mj0620; 16mj0621; **16mj0827**; 16mj0872; 16mj0827; 16mj1174; 16mj2530<br><br>APPLICATION FOR ORDER TO UNSEAL |

The UNITED STATES OF AMERICA, by Assistant United States Attorney Jonathan I. Shapiro, hereby applies for an order unsealing the documents filed in the captioned case numbers. These pleadings were filed under seal during the pendency of the investigation of Ronnie Montgomery and others. As a result of this investigation, the United States Attorney's Office for the Middle District of Florida has indicted 6 individuals (17cr155-CEM-GJK), and there is therefore no need to maintain the secrecy of these documents. Unsealing is also needed to enable the United States to fulfill its discovery obligations in the Florida case.

DATED: July 28, 2017.

ALANA W. ROBINSON
Acting United States Attorney

JONATHAN I. SHAPIRO
Assistant U.S. Attorney